UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

MAJIK MARQUES BELL
_____/

CASE NUMBER: 8:06-CR-253-T-27MAP
USM NUMBER: 48804-018

Defendant's Attorney: Jacqueline Simms-Petredis, AFPD

Date of Previous Judgment: December 20, 2006

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(C)(2)

Pursuant to the Joint Stipulation of the parties (Dkt. 78) pursuant to 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is GRANTED. Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of THIRTY (30) MONTHS is **reduced to TWENTY-FOUR (24) MONTHS.**

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 23
Criminal History Category: I
Previous Guideline Range: 46 to 57 months

Amended Offense Level: 21
Criminal History Category: I
Amended Guideline Range: 37 to 46 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range application to the defendant at the time of sentencing as a result of a § 5K1.1 departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

At Defendant's original sentencing, pursuant to the Government's § 5K1.1 motion, the Court departed four levels and sentenced Defendant to 30 months imprisonment. Applying a comparable departure to the guideline range applicable after the retroactive application of the crack cocaine amendment would result in an imprisonment range of 24-30 months. The Court imposes a sentence of 24 months which is a sentence at the low end of the adjusted guideline range.

Except as provided above, all provisions of the judgment dated December 20, 2006 shall remain in effect.

DONE AND ORDERED this 10th day of March, 2008.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Defendant
Bureau of Prisons
U.S. Marshal's office